

# Missouri Court of Appeals
## Southern District

**JULY 21, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33521

    Re:  BILLIEJO CHRISTY,
         Claimant-Appellant,
         vs.
         MISSOURI STATE UNIVERSITY,
         Employer-Respondent.